# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: ANTHONY, BRADLEY E. § Case No. 09-38402
§
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 15, 2009. The undersigned trustee was appointed on October 15, 2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $     98,309.03

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 368.58 |
| Bank service fees | 1,918.03 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 96,022.42 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 04/13/2010 and the deadline for filing governmental claims was 04/13/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $8,165.45. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $8,165.45, for a total compensation of $8,165.45.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/30/2014     By: /s/CHARLES J. MYLER
                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 09-38402  
**Case Name:** ANTHONY, BRADLEY E.  
**Period Ending:** 04/30/14

**Trustee:** (330510) CHARLES J. MYLER  
**Filed (f) or Converted (c):** 10/15/09 (f)  
**§341(a) Meeting Date:** 11/23/09  
**Claims Bar Date:** 04/13/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  Single-family residence 40W904 Trotter Lane, St.<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000,000.00 | 0.00 | | 0.00 | FA |
| 2  Single-family residnece: 507 E. Jefferson St., M<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 3  Cash<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 4  Checking, St. Charles Captial Bank, St. Charles,<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 30,000.00 | 30,000.00 | | 28,132.28 | FA |
| 5  Checking, 5th 3rd Bank, Sawyer, MI<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 250.00 | 250.00 | | 0.00 | FA |
| 6  1/2 Ordinary contents 6 bedroom home<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 7  One adult<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 600.00 | 0.00 | | 0.00 | FA |
| 8  Wedding band<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 9  Digital Camera<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 10.00 | 10.00 | | 0.00 | FA |
| 10  SEP Retirement<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 143,000.00 | 0.00 | | 0.00 | FA |
| 11  Anthony Homes, Inc.<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 1.00 | 1.00 | | 0.00 | FA |
| 12  Anthony Real Estate Investments, LLC | 1.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-38402  
**Case Name:** ANTHONY, BRADLEY E.  

**Period Ending:** 04/30/14

**Trustee:**         (330510)   CHARLES J. MYLER  
**Filed (f) or Converted (c):** 10/15/09 (f)  
**§341(a) Meeting Date:** 11/23/09  
**Claims Bar Date:** 04/13/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
|    | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | |
| 13 | 40% Ownership: Gen One Group, Inc. POB 90 LaFox,<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1.00 | 1.00 | | 0.00 | FA |
| 14 | 40% Carol Street Lofts, LLC POB 90 LaFox, IL 601<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1.00 | 1.00 | | 0.00 | FA |
| 15 | Gen One Group, Inc.<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 499,450.00 | 499,450.00 | | 0.00 | FA |
| 16 | Anthony Homes, Inc.<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 141,000.00 | 141,000.00 | | 160.00 | FA |
| 17 | AERI, LLC<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 77,000.00 | 77,000.00 | | 0.00 | FA |
| 18 | 2001 Mercedes ML 320<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 6,000.00 | 3,600.00 | | 0.00 | FA |
| 19 | 2 Mini bikes<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 600.00 | 600.00 | | 0.00 | FA |
| 20 | 1 Motor scooter<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 300.00 | 300.00 | | 0.00 | FA |
| 21 | 2009 Purchase Money 2 Buildings - 1st Mortgage - | 0.00 | 0.00 | | 0.00 | FA |
| 22 | 2007 Purchase Money 636 S. Inverness St., Maple | 0.00 | 0.00 | | 0.00 | FA |
| 23 | 2007 Purchase Money 1456 Sandcastle Dr., Sycamor | 0.00 | 0.00 | | 0.00 | FA |
| 24 | 2009 Purchase Money Commercial Building - 1st Mo | 0.00 | 0.00 | | 0.00 | FA |
| 25 | 2008 Purchase Money 631 S. Inverness St., Maple | 0.00 | 0.00 | | 0.00 | FA |
| 26 | 2008 Purchase Money 582 Magnolia St., DeKalb, IL | 0.00 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 09-38402  
**Case Name:** ANTHONY, BRADLEY E.  

**Period Ending:** 04/30/14

**Trustee:** (330510) CHARLES J. MYLER  
**Filed (f) or Converted (c):** 10/15/09 (f)  
**§341(a) Meeting Date:** 11/23/09  
**Claims Bar Date:** 04/13/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 27 | 2009 Purchase Money 15 Unit Building - 1st Mortg | 0.00 | 0.00 | | 0.00 | FA |
| 28 | 2009 Purchase Money Vacant Land - 1st Mortgage - | 0.00 | 0.00 | | 0.00 | FA |
| 29 | Preferential transfer to Hudson Harrison (u) | 0.00 | 0.00 | | 70,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 16.75 | Unknown |
| 30 | **Assets** **Totals** (Excluding unknown values) | **$1,900,514.00** | **$752,213.00** | | **$98,309.03** | **$0.00** |

**Major Activities Affecting Case Closing:**

Adversary settled 11/18/13 for $70,000

**Initial Projected Date Of Final Report (TFR):** June 30, 2010    **Current Projected Date Of Final Report (TFR):** March 31, 2014

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 09-38402 | Trustee: | CHARLES J. MYLER (330510) |
| --- | --- | --- | --- |
| Case Name: | ANTHONY, BRADLEY E. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****34-65 - Money Market Account |
| Taxpayer ID #: | **-***5724 | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 04/30/14 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 11/24/09 | {4} | Bradley Anthony | Balance in STC Capital Bank account | 1129-000 | 28,132.28 | | 28,132.28 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.15 | | 28,132.43 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.18 | | 28,133.61 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.10 | | 28,134.71 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.07 | | 28,135.78 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.26 | | 28,137.04 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | 1270-000 | 0.19 | | 28,137.23 |
| 04/06/10 | | Wire out to BNYM account 9200******3465 | Wire out to BNYM account 9200******3465 | 9999-000 | -28,137.23 | | 0.00 |

|  |  |  |  |  |
| --- | --- | --- | --- | --- |
| | ACCOUNT TOTALS | 0.00 | 0.00 | $0.00 |
| | Less: Bank Transfers | -28,137.23 | 0.00 | |
| | **Subtotal** | **28,137.23** | **0.00** | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$28,137.23** | **$0.00** | |

{} Asset reference(s)

Printed: 04/30/2014 03:55 PM    V.13.15

Exhibit B

## Form 2

### Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 09-38402 | | Trustee: | CHARLES J. MYLER (330510) |
|---|---|---|---|---|
| Case Name: | ANTHONY, BRADLEY E. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******34-65 - Checking Account |
| Taxpayer ID #: | **-***5724 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 04/30/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********3465 | Wire in from JPMorgan Chase Bank, N.A. account ********3465 | 9999-000 | 28,137.23 | | 28,137.23 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.34 | | 28,138.57 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.68 | | 28,140.25 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.62 | | 28,141.87 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.67 | | 28,143.54 |
| 08/27/10 | 11001 | Sonntag Reporting Service Ltd. | Court reporter for 2004 exams of debtor and spouse<br>Voided on 08/27/10 | 3991-003 | | 378.50 | 27,765.04 |
| 08/27/10 | 11001 | Sonntag Reporting Service Ltd. | Court reporter for 2004 exams of debtor and spouse<br>Voided: check issued on 08/27/10 | 3991-003 | | -378.50 | 28,143.54 |
| 08/27/10 | 11002 | Sonntag Reporting Service Ltd. | Court reporter for 2004 exams of debtor and spouse | 3992-000 | | 368.58 | 27,774.96 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.66 | | 27,776.62 |
| 09/03/10 | {16} | Roy Safanda | Reimbursement for partial cost of court reporter in 2004 exam | 1129-000 | 80.00 | | 27,856.62 |
| 09/24/10 | {16} | Kinnally Flaherty Krentz & Loran | Reimbursement for partial cost of court reporter for 2004 exam | 1129-000 | 80.00 | | 27,936.62 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.22 | | 27,936.84 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.23 | | 27,937.07 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.22 | | 27,937.29 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.23 | | 27,937.52 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.23 | | 27,937.75 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 27,937.96 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.23 | | 27,938.19 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.22 | | 27,938.41 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.23 | | 27,938.64 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.22 | | 27,938.86 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.23 | | 27,939.09 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 53.58 | 27,885.51 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.23 | | 27,885.74 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 64.95 | 27,820.79 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -1.91 | 27,822.70 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.22 | | 27,822.92 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 57.17 | 27,765.75 |

Subtotals :   $28,308.12   $542.37

{} Asset reference(s)   Printed: 04/30/2014 03:55 PM   V.13.15

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 09-38402  
**Case Name:** ANTHONY, BRADLEY E.  

**Taxpayer ID #:** **-***5724  
**Period Ending:** 04/30/14  

**Trustee:** CHARLES J. MYLER (330510)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******34-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.23 | | 27,765.98 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 55.15 | 27,710.83 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.22 | | 27,711.05 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 60.74 | 27,650.31 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.23 | | 27,650.54 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 56.81 | 27,593.73 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.23 | | 27,593.96 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 60.32 | 27,533.64 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 54.54 | 27,479.10 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 56.30 | 27,422.80 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 54.31 | 27,368.49 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 61.69 | 27,306.80 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 54.09 | 27,252.71 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 59.56 | 27,193.15 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 57.57 | 27,135.58 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 51.89 | 27,083.69 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 61.04 | 27,022.65 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 55.37 | 26,967.28 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 53.41 | 26,913.87 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033051088 20130103 | 9999-000 | | 26,913.87 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 28,309.03 | 28,309.03 | $0.00 |
| | | | Less: Bank Transfers | | 28,137.23 | 26,913.87 | |
| | | | **Subtotal** | | 171.80 | 1,395.16 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$171.80** | **$1,395.16** | |

{} Asset reference(s)

Printed: 04/30/2014 03:55 PM V.13.15

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| **Case Number:** | 09-38402 | | **Trustee:** | CHARLES J. MYLER (330510) |
|---|---|---|---|---|
| **Case Name:** | ANTHONY, BRADLEY E. | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ****787865 - Checking Account |
| **Taxpayer ID #:** | **-***5724 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 04/30/14 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 26,913.87 | | 26,913.87 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.28 | 26,872.59 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.07 | 26,836.52 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.31 | 26,799.21 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.11 | 26,758.10 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.76 | 26,718.34 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.86 | 26,682.48 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.21 | 26,640.27 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.31 | 26,601.96 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.98 | 26,564.98 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.03 | 26,522.95 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.60 | 26,487.35 |
| 12/21/13 | {29} | Hudson T. Harrison | Settlement of preferential transfer suit | 1241-000 | 70,000.00 | | 96,487.35 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 58.68 | 96,428.67 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 143.31 | 96,285.36 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 129.25 | 96,156.11 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 133.69 | 96,022.42 |
| | | | **ACCOUNT TOTALS** | | 96,913.87 | 891.45 | **$96,022.42** |
| | | | Less: Bank Transfers | | 26,913.87 | 0.00 | |
| | | | **Subtotal** | | 70,000.00 | 891.45 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$70,000.00** | **$891.45** | |

| Net Receipts : | 98,309.03 |
|---|---|
| Net Estate : | $98,309.03 |

| **TOTAL - ALL ACCOUNTS** | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****34-65** | 28,137.23 | 0.00 | 0.00 |
| **Checking # 9200-******34-65** | 171.80 | 1,395.16 | 0.00 |
| **Checking # ****787865** | 70,000.00 | 891.45 | 96,022.42 |
| | $98,309.03 | $2,286.61 | $96,022.42 |

{} Asset reference(s)    Printed: 04/30/2014 03:55 PM    V.13.15

# Claims Proposed Distribution

## Case:  09-38402   ANTHONY, BRADLEY E.

**Case Balance:** $96,022.42   **Total Proposed Payment:** $96,022.42   **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| NOTFILED | First Chicago Bank & Trust | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 96,022.42 |
| NOTFILED | First Chicago Bank & Trust | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 96,022.42 |
| | CHARLES J. MYLER <2100-00 Trustee Compensation> | Admin Ch. 7 | 8,165.45 | 8,165.45 | 0.00 | 8,165.45 | 8,165.45 | 87,856.97 |
| | Myler, Ruddy & McTavish <3120-00 Attorney for Trustee Expenses (Trustee Firm)> | Admin Ch. 7 | 2,234.24 | 2,234.24 | 0.00 | 2,234.24 | 2,234.24 | 85,622.73 |
| | Myler, Ruddy & McTavish <3110-00 Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 50,000.00 | 50,000.00 | 0.00 | 50,000.00 | 50,000.00 | 35,622.73 |
| | Rudnicki & Assoc. <3731-00 Consultant for Trustee Fees> | Admin Ch. 7 | 1,376.00 | 1,376.00 | 0.00 | 1,376.00 | 1,376.00 | 34,246.73 |
| 1S | National Bank & Trust Co. | Secured | 1,410,501.24 | 1,410,501.24 | 0.00 | 1,410,501.24 | 34,246.73 | 0.00 |
| 1U | National Bank & Trust Co. | Unsecured | 225,456.50 | 225,456.50 | 0.00 | 225,456.50 | 0.00 | 0.00 |
| 2 | Bank of America | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Citi Cards | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | CitiBusiness Card | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | CitiBusiness Card | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**Total for Case 09-38402 :**   $1,697,733.43   $1,697,733.43   $0.00   $1,697,733.43   $96,022.42

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $61,775.69 | $61,775.69 | $0.00 | $61,775.69 | 100.000000% |
| **Total Secured Claims :** | $1,410,501.24 | $1,410,501.24 | $0.00 | $34,246.73 | 2.427983% |
| **Total Unsecured Claims :** | $225,456.50 | $225,456.50 | $0.00 | $0.00 | 0.000000% |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 09-38402
Case Name: ANTHONY, BRADLEY E.
Trustee Name: CHARLES J. MYLER

**Balance on hand:** $ 96,022.42

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1S | National Bank & Trust Co. | 1,410,501.24 | 1,410,501.24 | 0.00 | 34,246.73 |

Total to be paid to secured creditors: $ 34,246.73
Remaining balance: $ 61,775.69

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - CHARLES J. MYLER | 8,165.45 | 0.00 | 8,165.45 |
| Attorney for Trustee, Fees - Myler, Ruddy & McTavish | 50,000.00 | 0.00 | 50,000.00 |
| Attorney for Trustee, Expenses - Myler, Ruddy & McTavish | 2,234.24 | 0.00 | 2,234.24 |
| Other Fees: Rudnicki & Assoc. | 1,376.00 | 0.00 | 1,376.00 |

Total to be paid for chapter 7 administration expenses: $ 61,775.69
Remaining balance: $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 225,456.50 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | National Bank & Trust Co. | 225,456.50 | 0.00 | 0.00 |
| 2 | Bank of America | 0.00 | 0.00 | 0.00 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |
| | | Total to be paid for subordinated claims: | $ | 0.00 |
| | | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**