UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: ANTHONY, BRADLEY E.                                  §   Case No. 09-38402
                                                            §
                                                            §
                                                            §
Debtor(s)                                                   §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that CHARLES J. MYLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn St.
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 30 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 on 5/30/14 in Courtroom 240, United States Courthouse, 100 S. Third St. Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/30/2014          By: /s/CHARLES J. MYLER
                                                                Trustee

CHARLES J. MYLER
105 EAST GALENA BLVD.
8TH FLOOR
AURORA, IL 60505
(630) 897-8475

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: ANTHONY, BRADLEY E. | § | Case No. 09-38402 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 98,309.03 |
| *and approved disbursements of* | $ 2,286.61 |
| *leaving a balance on hand of* [1] | $ 96,022.42 |

**Balance on hand:**       $ 96,022.42

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1S | National Bank & Trust Co. | 1,410,501.24 | 1,410,501.24 | 0.00 | 34,246.73 |

Total to be paid to secured creditors:       $  34,246.73
Remaining balance:       $  61,775.69

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - CHARLES J. MYLER | 8,165.45 | 0.00 | 8,165.45 |
| Attorney for Trustee, Fees - Myler, Ruddy & McTavish | 50,000.00 | 0.00 | 50,000.00 |
| Attorney for Trustee, Expenses - Myler, Ruddy & McTavish | 2,234.24 | 0.00 | 2,234.24 |
| Other Fees: Rudnicki & Assoc. | 1,376.00 | 0.00 | 1,376.00 |

Total to be paid for chapter 7 administration expenses:       $  61,775.69
Remaining balance:       $  0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 225,456.50 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | National Bank & Trust Co. | 225,456.50 | 0.00 | 0.00 |
| 2 | Bank of America | 0.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/CHARLES J. MYLER
Trustee

CHARLES J. MYLER
105 EAST GALENA BLVD.
8TH FLOOR
AURORA, IL  60505
(630) 897-8475

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 09-38402-DRC
Bradley E. Anthony                                                  Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: mflowers            Page 1 of 2           Date Rcvd: May 01, 2014
                              Form ID: pdf006           Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2014.
```
db          #+Bradley E. Anthony,    40W904 Trotter Lane,    Saint Charles, IL 60175-7695
14581417    +ABC Bank,   Austin Bank of Chicago,    5645 W. Lake St.,    Chicago, IL 60644-1956
14581418     AHMSI,   POB 619063,   Dallas, TX 75261-9063
14581419     American Chartered Bank,    932 W. Randolph St.,   Chicago, IL 60607-2219
14581420    +Anthony Homes, Inc.,    POB 90,   Lafox, IL 60147-0090
14581422     Bank of America,    Customer Service,   POB 5170,   Simi Valley, CA 93062-5170
14581424   ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
            (address filed with court: Citi Cards,    POB Box 688901,    Des Moines, IA 50368-8901)
14581426    +David Doig,   5904 W. Race St.,    Chicago, IL 60644-1462
16599847    +Derrick B Hager, Atty at Law,    106 W Wilson St Suite 3-L,    Batavia IL 60510-2997
14581427    +First Chicago Bank & Trust,    1145 North Arlington Heights Rd.,    Itasca, IL 60143-3171
16599846    +Hudson T Harrison,    888 Fox Glen Dr,   Saint Charles IL 60174-8823
14581428    +Michael Scott,    24 N. Ada,   Chicago, IL 60607-1950
15013496    +National Bank & Trust Co.,    c/o Kinnally Flaherty Krentz & Loran, PC,   2114 Deerpath Road,
              Aurora, IL 60506-7943
14581429    +National Bank & Trust Co.,    230 W. State St.,   Sycamore, IL 60178-1489
14581430    +Thomas Fiddler,    13 Averille Ct.,   North Barrington, IL 60010-6966
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
15013498      atto
14581425*   ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
             (address filed with court: CitiBusiness Card,    POB 688901,    Des Moines, IA 50368-8901)
14581421    ##Aurora Loan Services,    POB 78111,   Phoenix, AZ 85062-8111
14581423    ##+Christine Anthony,    40W904 Trotter Lane,   Saint Charles, IL 60175-7695
                                                                  TOTALS: 1, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2014                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 30, 2014 at the address(es) listed below:
              Carl F. Safanda, Esq    on behalf of Debtor Bradley E. Anthony rsafanda@xnet.com
              Charles J Myler    on behalf of Trustee Charles J Myler cmyler@mrmlaw.com, kmyler@mrmlaw.com
              Charles J Myler    candkmyler850@sbcglobal.net, IL57@ecfcbis.com
              Charles J Myler    on behalf of Consultant James E Rudnicki candkmyler850@sbcglobal.net,
               IL57@ecfcbis.com
              Derrick B Hager    on behalf of Interested Party Hudson T Harrison dirkhager@sbcglobal.net
              G. Alexander  McTavish    on behalf of Plaintiff Charles J Myler, Trustee amctavish@fmcolaw.com
              G. Alexander  McTavish    on behalf of Trustee Charles J Myler amctavish@fmcolaw.com
              Gloria C  Tsotsos    on behalf of Creditor   American Home Mortgage Servicing, Inc.
               nd-two@il.cslegal.com
              Lydia Y Siu    on behalf of Creditor   Aurora Loan Services, Inc. lsiu@atty-pierce.com,
               northerndistrict@atty-pierce.com

```
District/off: 0752-1          User: mflowers              Page 2 of 2                   Date Rcvd: May 01, 2014
                              Form ID: pdf006             Total Noticed: 15


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Michael J  Kalkowski    on behalf of Creditor    BAC Home Loans Servicing, LP FKA Countrywide Home
               Loans Servicing LP mkalkowski@fisherandshapirolaw.com, BK_IL_Notice@fisherandshapirolaw.com
              Patrick M Kinnally    on behalf of Creditor    National Bank & Trust Company of Sycamore
               pkinnally@kfkllaw.com,   mlenert@kfkllaw.com;tdegrado@kfkllaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard G Larsen    on behalf of Trustee Charles J Myler rlarsen@springerbrown.com,
               vmaurer@kleinstoddard.com;jkrafcisin@springerbrown.com;iprice@springerbrown.com
              Richard G Larsen    on behalf of Plaintiff Charles J Myler, Trustee rlarsen@springerbrown.com,
               vmaurer@kleinstoddard.com;jkrafcisin@springerbrown.com;iprice@springerbrown.com
              Timothy R Yueill    on behalf of Creditor    American Home Mortgage Servicing, Inc.
               timothyy@nevellaw.com
              William B Isaly    on behalf of Defendant Hudson T. Harrison bisaly@ancelglink.com
                                                                                             TOTAL: 16
```