# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: ANTHONY, BRADLEY E. | § | Case No. 09-38402 |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

CHARLES J. MYLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $1,729,514.00 *(without deducting any secured claims)* | Assets Exempt: $164,998.00 |
| Total Distribution to Claimants:$34,246.73 | Claims Discharged Without Payment: $271,271.50 |
| Total Expenses of Administration:$64,062.30 | |

3) Total gross receipts of $ 98,309.03 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $98,309.03 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $4,665,000.00 | $1,410,501.24 | $1,410,501.24 | $34,246.73 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 75,770.69 | 125,837.99 | 125,837.99 | 64,062.30 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 272,815.00 | 225,456.50 | 225,456.50 | 0.00 |
| **TOTAL DISBURSEMENTS** | $5,013,585.69 | $1,761,795.73 | $1,761,795.73 | $98,309.03 |

4) This case was originally filed under Chapter 7 on October 15, 2009. The case was pending for 59 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/18/2014          By: /s/CHARLES J. MYLER
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking, St. Charles Captial Bank, St. Charles, | 1129-000 | 28,132.28 |
| Anthony Homes, Inc. | 1129-000 | 160.00 |
| Preferential transfer to Hudson Harrison | 1241-000 | 70,000.00 |
| Interest Income | 1270-000 | 16.75 |
| **TOTAL GROSS RECEIPTS** | | **$98,309.03** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1S | National Bank & Trust Co. | 4110-000 | 1,225,000.00 | 1,410,501.24 | 1,410,501.24 | 34,246.73 |
| NOTFILED | First Chicago Bank & Trust | 4110-000 | 440,000.00 | N/A | N/A | 0.00 |
| NOTFILED | First Chicago Bank & Trust | 4110-000 | 3,000,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$4,665,000.00** | **$1,410,501.24** | **$1,410,501.24** | **$34,246.73** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHARLES J. MYLER | 2100-000 | N/A | 8,165.45 | 8,165.45 | 0.00 |
| Myler, Ruddy & McTavish | 3110-000 | N/A | 50,000.00 | 50,000.00 | 0.00 |
| Myler, Ruddy & McTavish | 3120-000 | N/A | 2,234.24 | 2,234.24 | 0.00 |
| Rudnicki & Assoc. | 3731-000 | N/A | 1,376.00 | 1,376.00 | 0.00 |
| Sonntag Reporting Service Ltd. | 3992-000 | N/A | 368.58 | 368.58 | 368.58 |
| The Bank of New York Mellon | 2600-000 | N/A | 53.58 | 53.58 | 53.58 |
| The Bank of New York Mellon | 2600-000 | N/A | 63.04 | 63.04 | 63.04 |
| The Bank of New York Mellon | 2600-000 | N/A | 57.17 | 57.17 | 57.17 |
| The Bank of New York Mellon | 2600-000 | N/A | 55.15 | 55.15 | 55.15 |
| The Bank of New York Mellon | 2600-000 | N/A | 60.74 | 60.74 | 60.74 |
| The Bank of New York Mellon | 2600-000 | N/A | 56.81 | 56.81 | 56.81 |
| The Bank of New York Mellon | 2600-000 | N/A | 60.32 | 60.32 | 60.32 |
| The Bank of New York Mellon | 2600-000 | N/A | 54.54 | 54.54 | 54.54 |
| The Bank of New York Mellon | 2600-000 | N/A | 56.30 | 56.30 | 56.30 |
| The Bank of New York Mellon | 2600-000 | N/A | 54.31 | 54.31 | 54.31 |
| The Bank of New York Mellon | 2600-000 | N/A | 61.69 | 61.69 | 61.69 |
| The Bank of New York Mellon | 2600-000 | N/A | 54.09 | 54.09 | 54.09 |
| The Bank of New York Mellon | 2600-000 | N/A | 59.56 | 59.56 | 59.56 |
| The Bank of New York Mellon | 2600-000 | N/A | 57.57 | 57.57 | 57.57 |
| The Bank of New York Mellon | 2600-000 | N/A | 51.89 | 51.89 | 51.89 |
| The Bank of New York Mellon | 2600-000 | N/A | 61.04 | 61.04 | 61.04 |
| The Bank of New York Mellon | 2600-000 | N/A | 55.37 | 55.37 | 55.37 |
| The Bank of New York Mellon | 2600-000 | N/A | 53.41 | 53.41 | 53.41 |
| Rabobank, N.A. | 2600-000 | N/A | 41.28 | 41.28 | 41.28 |
| Rabobank, N.A. | 2600-000 | N/A | 36.07 | 36.07 | 36.07 |
| Rabobank, N.A. | 2600-000 | N/A | 37.31 | 37.31 | 37.31 |
| Rabobank, N.A. | 2600-000 | N/A | 41.11 | 41.11 | 41.11 |
| Rabobank, N.A. | 2600-000 | N/A | 39.76 | 39.76 | 39.76 |
| Rabobank, N.A. | 2600-000 | N/A | 35.86 | 35.86 | 35.86 |
| Rabobank, N.A. | 2600-000 | N/A | 42.21 | 42.21 | 42.21 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 38.31 | 38.31 | 38.31 |
| Rabobank, N.A. | 2600-000 | N/A | 36.98 | 36.98 | 36.98 |
| Rabobank, N.A. | 2600-000 | N/A | 42.03 | 42.03 | 42.03 |
| Rabobank, N.A. | 2600-000 | N/A | 35.60 | 35.60 | 35.60 |
| Rabobank, N.A. | 2600-000 | N/A | 58.68 | 58.68 | 58.68 |
| Rabobank, N.A. | 2600-000 | N/A | 143.31 | 143.31 | 143.31 |
| Rabobank, N.A. | 2600-000 | N/A | 129.25 | 129.25 | 129.25 |
| Rabobank, N.A. | 2600-000 | N/A | 133.69 | 133.69 | 133.69 |
| Charles J. Myler | 2100-000 | N/A | 8,165.45 | 8,165.45 | 8,165.45 |
| Myler, Ruddy & McTavish | 3120-000 | N/A | 2,234.24 | 2,234.24 | 2,234.24 |
| Myler, Ruddy & McTavish | 3110-000 | N/A | 50,000.00 | 50,000.00 | 50,000.00 |
| Rudnicki & Associates | 3731-000 | N/A | 1,376.00 | 1,376.00 | 1,376.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $125,837.99 | $125,837.99 | $64,062.30 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | National Bank & Trust Co. | 7100-000 | 227,000.00 | 225,456.50 | 225,456.50 | 0.00 |
| 2 | Bank of America | 7100-000 | N/A | N/A | 0.00 | 0.00 |

UST Form 101-7-TDR (10/1/2010)

| NOTFILED | CitiBusiness Card | 7100-000 | 5,680.00 | N/A | N/A | 0.00 |
| NOTFILED | CitiBusiness Card | 7100-000 | 7,416.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi Cards | 7100-000 | 32,719.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $272,815.00 | $225,456.50 | $225,456.50 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 09-38402 | **Trustee:** (330510) CHARLES J. MYLER | |
| **Case Name:** ANTHONY, BRADLEY E. | **Filed (f) or Converted (c):** 10/15/09 (f) | |
| | **§341(a) Meeting Date:** 11/23/09 | |
| **Period Ending:** 08/18/14 | **Claims Bar Date:** 04/13/10 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single-family residence 40W904 Trotter Lane, St.<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 1,000,000.00 | 0.00 | | 0.00 | FA |
| 2 | Single-family residnce: 507 E. Jefferson St., M<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Cash<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 4 | Checking, St. Charles Captial Bank, St. Charles,<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 30,000.00 | 30,000.00 | | 28,132.28 | FA |
| 5 | Checking, 5th 3rd Bank, Sawyer, MI<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 250.00 | 250.00 | | 0.00 | FA |
| 6 | 1/2 Ordinary contents 6 bedroom home<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 7 | One adult<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 600.00 | 0.00 | | 0.00 | FA |
| 8 | Wedding band<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 9 | Digital Camera<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 10.00 | 10.00 | | 0.00 | FA |
| 10 | SEP Retirement<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 143,000.00 | 0.00 | | 0.00 | FA |
| 11 | Anthony Homes, Inc.<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 1.00 | 1.00 | | 0.00 | FA |
| 12 | Anthony Real Estate Investments, LLC | 1.00 | 0.00 | | 0.00 | FA |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report

### Asset Cases

| | |
|---|---|
| **Case Number:** 09-38402 | **Trustee:** (330510)  CHARLES J. MYLER |
| **Case Name:** ANTHONY, BRADLEY E. | **Filed (f) or Converted (c):** 10/15/09 (f) |
| | **§341(a) Meeting Date:** 11/23/09 |
| **Period Ending:** 08/18/14 | **Claims Bar Date:** 04/13/10 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 13 | 40% Ownership: Gen One Group, Inc. POB 90 LaFox,<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 1.00 | 1.00 | | 0.00 | FA |
| 14 | 40% Carol Street Lofts, LLC POB 90 LaFox, IL 601<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 1.00 | 1.00 | | 0.00 | FA |
| 15 | Gen One Group, Inc.<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 499,450.00 | 499,450.00 | | 0.00 | FA |
| 16 | Anthony Homes, Inc.<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 141,000.00 | 141,000.00 | | 160.00 | FA |
| 17 | AERI, LLC<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 77,000.00 | 77,000.00 | | 0.00 | FA |
| 18 | 2001 Mercedes ML 320<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 6,000.00 | 3,600.00 | | 0.00 | FA |
| 19 | 2 Mini bikes<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 600.00 | 600.00 | | 0.00 | FA |
| 20 | 1 Motor scooter<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 300.00 | 300.00 | | 0.00 | FA |
| 21 | 2009 Purchase Money 2 Buildings - 1st Mortgage - | 0.00 | 0.00 | | 0.00 | FA |
| 22 | 2007 Purchase Money 636 S. Inverness St., Maple | 0.00 | 0.00 | | 0.00 | FA |
| 23 | 2007 Purchase Money 1456 Sandcastle Dr., Sycamor | 0.00 | 0.00 | | 0.00 | FA |
| 24 | 2009 Purchase Money Commercial Building - 1st Mo | 0.00 | 0.00 | | 0.00 | FA |
| 25 | 2008 Purchase Money 631 S. Inverness St., Maple | 0.00 | 0.00 | | 0.00 | FA |
| 26 | 2008 Purchase Money 582 Magnolia St., DeKalb, IL | 0.00 | 0.00 | | 0.00 | FA |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 3

| | |
|---|---|
| Case Number: 09-38402 | Trustee:    (330510)    CHARLES J. MYLER |
| Case Name:    ANTHONY, BRADLEY E. | Filed (f) or Converted (c):    10/15/09 (f) |
| | §341(a) Meeting Date:    11/23/09 |
| Period Ending: 08/18/14 | Claims Bar Date:    04/13/10 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 27 | 2009 Purchase Money 15 Unit Building - 1st Mortg | 0.00 | 0.00 | | 0.00 | FA |
| 28 | 2009 Purchase Money Vacant Land - 1st Mortgage - | 0.00 | 0.00 | | 0.00 | FA |
| 29 | Preferential transfer to Hudson Harrison  (u) | 0.00 | 0.00 | | 70,000.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 16.75 | Unknown |
| 30 | **Assets    Totals** (Excluding unknown values) | **$1,900,514.00** | **$752,213.00** | | **$98,309.03** | **$0.00** |

**Major Activities Affecting Case Closing:**

   Adversary settled 11/18/13 for $70,000

**Initial Projected Date Of Final Report (TFR):**    June 30, 2010    **Current Projected Date Of Final Report (TFR):**    March 31, 2014

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 09-38402 |
| **Case Name:** | ANTHONY, BRADLEY E. |
| **Taxpayer ID #:** | **-***5724 |
| **Period Ending:** | 08/18/14 |

| | |
|---|---|
| **Trustee:** | CHARLES J. MYLER (330510) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****34-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 11/24/09 | {4} | Bradley Anthony | Balance in STC Capital Bank account | 1129-000 | 28,132.28 | | 28,132.28 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.15 | | 28,132.43 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.18 | | 28,133.61 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.10 | | 28,134.71 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.07 | | 28,135.78 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.26 | | 28,137.04 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.19 | | 28,137.23 |
| 04/06/10 | | Wire out to BNYM account *********3465 | Wire out to BNYM account *********3465 | 9999-000 | -28,137.23 | | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | -28,137.23 | 0.00 | |
| **Subtotal** | 28,137.23 | | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $28,137.23 | $0.00 | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 09-38402 | | **Trustee:** | CHARLES J. MYLER (330510) | | |
| **Case Name:** | ANTHONY, BRADLEY E. | | **Bank Name:** | The Bank of New York Mellon | | |
| | | | **Account:** | ****-******34-65 - Checking Account | | |
| **Taxpayer ID #:** | **-***5724 | | **Blanket Bond:** | $5,000,000.00  (per case limit) | | |
| **Period Ending:** | 08/18/14 | | **Separate Bond:** | N/A | | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********3465 | Wire in from JPMorgan Chase Bank, N.A. account ********3465 | 28,137.23 | | 28,137.23 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1.34 | | 28,138.57 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1.68 | | 28,140.25 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1.62 | | 28,141.87 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1.67 | | 28,143.54 |
| 08/27/10 | 11001 | Sonntag Reporting Service Ltd. | Court reporter for 2004 exams of debtor and spouse<br>Voided on 08/27/10 | | 378.50 | 27,765.04 |
| 08/27/10 | 11001 | Sonntag Reporting Service Ltd. | Court reporter for 2004 exams of debtor and spouse<br>Voided: check issued on 08/27/10 | | -378.50 | 28,143.54 |
| 08/27/10 | 11002 | Sonntag Reporting Service Ltd. | Court reporter for 2004 exams of debtor and spouse | | 368.58 | 27,774.96 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1.66 | | 27,776.62 |
| 09/03/10 | {16} | Roy Safanda | Reimbursement for partial cost of court reporter in 2004 exam | 80.00 | | 27,856.62 |
| 09/24/10 | {16} | Kinnally Flaherty Krentz & Loran | Reimbursement for partial cost of court reporter for 2004 exam | 80.00 | | 27,936.62 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 0.22 | | 27,936.84 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 0.23 | | 27,937.07 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 0.22 | | 27,937.29 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 0.23 | | 27,937.52 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 0.23 | | 27,937.75 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 0.21 | | 27,937.96 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 0.23 | | 27,938.19 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 0.22 | | 27,938.41 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 0.23 | | 27,938.64 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 0.22 | | 27,938.86 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 0.23 | | 27,939.09 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 53.58 | 27,885.51 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 0.23 | | 27,885.74 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 64.95 | 27,820.79 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | | -1.91 | 27,822.70 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 0.22 | | 27,822.92 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 57.17 | 27,765.75 |

| | | |
|---|---|---|
| Subtotals : | $28,308.12 | $542.37 |

{} Asset reference(s)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| | |
|---|---|
| **Case Number:** 09-38402 | **Trustee:** CHARLES J. MYLER (330510) |
| **Case Name:** ANTHONY, BRADLEY E. | **Bank Name:** The Bank of New York Mellon |
| | **Account:** ****.*******34-65 - Checking Account |
| **Taxpayer ID #:** **-***5724 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 08/18/14 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.23 | | 27,765.98 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 55.15 | 27,710.83 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.22 | | 27,711.05 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 60.74 | 27,650.31 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.23 | | 27,650.54 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 56.81 | 27,593.73 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.23 | | 27,593.96 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 60.32 | 27,533.64 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 54.54 | 27,479.10 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 56.30 | 27,422.80 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 54.31 | 27,368.49 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 61.69 | 27,306.80 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 54.09 | 27,252.71 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 59.56 | 27,193.15 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 57.57 | 27,135.58 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 51.89 | 27,083.69 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 61.04 | 27,022.65 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 55.37 | 26,967.28 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 53.41 | 26,913.87 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033051088 20130103 | 9999-000 | | 26,913.87 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 28,309.03 | 28,309.03 | **$0.00** |
| Less: Bank Transfers | 28,137.23 | 26,913.87 | |
| **Subtotal** | **171.80** | **1,395.16** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$171.80** | **$1,395.16** | |

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 09-38402 | | Trustee: | CHARLES J. MYLER (330510) |
|---|---|---|---|---|
| Case Name: | ANTHONY, BRADLEY E. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******7865 - Checking Account |
| Taxpayer ID #: | **-***5724 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 08/18/14 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION<br>TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 26,913.87 | | 26,913.87 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.28 | 26,872.59 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.07 | 26,836.52 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.31 | 26,799.21 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.11 | 26,758.10 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.76 | 26,718.34 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.86 | 26,682.48 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.21 | 26,640.27 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.31 | 26,601.96 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.98 | 26,564.98 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.03 | 26,522.95 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.60 | 26,487.35 |
| 12/21/13 | {29} | Hudson T. Harrison | Settlement of preferential transfer suit | 1241-000 | 70,000.00 | | 96,487.35 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 58.68 | 96,428.67 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 143.31 | 96,285.36 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 129.25 | 96,156.11 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 133.69 | 96,022.42 |
| 05/29/14 | 21003 | Charles J. Myler | Trustee fee | 2100-000 | | 8,165.45 | 87,856.97 |
| 05/29/14 | 21004 | Myler, Ruddy & McTavish | Attorneys for trustee expenses | 3120-000 | | 2,234.24 | 85,622.73 |
| 05/29/14 | 21005 | Myler, Ruddy & McTavish | Attorneys for trustee compensation | 3110-000 | | 50,000.00 | 35,622.73 |
| 05/29/14 | 21006 | Rudnicki & Associates | Consultant fees | 3731-000 | | 1,376.00 | 34,246.73 |
| 05/29/14 | 21007 | National Bank & Trust Co. | | 4110-000 | | 34,246.73 | 0.00 |

|  | | ACCOUNT TOTALS | | | 96,913.87 | 96,913.87 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | Less: Bank Transfers | | | 26,913.87 | 0.00 | |
| | | **Subtotal** | | | **70,000.00** | **96,913.87** | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$70,000.00** | **$96,913.87** | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 09-38402 |
| Case Name: | ANTHONY, BRADLEY E. |
| Taxpayer ID #: | **-***5724 |
| Period Ending: | 08/18/14 |

| | |
|---|---|
| Trustee: | CHARLES J. MYLER (330510) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******7865 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| Net Receipts : | 98,309.03 |
| Net Estate : | $98,309.03 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****34-65 | 28,137.23 | 0.00 | 0.00 |
| Checking # ****-******34-65 | 171.80 | 1,395.16 | 0.00 |
| Checking # ******7865 | 70,000.00 | 96,913.87 | 0.00 |
| | $98,309.03 | $98,309.03 | $0.00 |

{} Asset reference(s)

Printed: 08/18/2014 11:50 AM    V.13.15